IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL EDWARD ALLEN**                                                                       **PLAINTIFF**
**ADC #176724**

V.                              NO. 4:24-cv-00175-JM-ERE

**ARKANSAS DIVISION OF CORRECTIONS,** *et al.*                              **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Allen's claims for money damages against Defendants Davis, Holly, Bowlin, and Carter in their official capacity are DISMISSED, without prejudice.

IT IS SO ORDERED, this 23rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE