**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL EDWARD ALLEN**
**ADC # 176724**                                                                                                          **PLAINTIFF**

V.                                                           **4:24CV00175 JM**

**DAVIS, et al.**                                                                                                          **DEFENDANTS**

## ORDER

The Court adopted the Partial Recommendations of United States Magistrate Judge Edie R. Ervin on April 23, 2024. Mr. Allen filed a motion requesting additional time to file his objections to the Partial Recommendations. The Court granted Plaintiff leave to file his objections by July 3, 2024. Plaintiff has failed to do so.

The Court reaffirms the April 23, 2024 Order dismissing Plaintiff's claims for money damages against Defendants Davis, Holly, Bowlin, and Carter in their official capacities.

IT IS SO ORDERED this 8th day of July, 2024.

James M. Moody Jr.
United States District Judge