## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL EDWARD ALLEN**                                                      **PLAINTIFF**
**ADC #176724**

**V.**                                       **NO. 4:24-cv-00175-JM**

**LAKITA DAVIS,** *et al.*                                                    **DEFENDANTS**

### ORDER

The Court has received a Recommended Disposition ("RD) filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the RD should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (*Doc. 40*) is GRANTED. Mr. Allen's claims against Defendants Davis, Bolling, and Carter are DISMISSED, with prejudice. Judgment will be entered in favor of Defendants Davis, Bolling, and Carter. The Clerk is instructed to close this case.

The Clerk is instructed to close this case.

IT IS SO ORDERED, this 9th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE