## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL EDWARD ALLEN**                                                                                    **PLAINTIFF**
**ADC #176724**

**V.**                                                  **NO. 4:24-cv-00175-JM**

**LAKITA DAVIS,** *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 9th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE